QK #109
receipt# 72458

FILED
2010 SEP 20 PM 1:21
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE: ) CASE NO. 09-44546
)
BOYD J. MILLER ) JUDGE KAY WOODS
STEPHANIE J. MILLER )
) DIVIDENDS LESS THAN $5.00
Debtor(s) )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $4.58.

The dividend relates to the following claimants:

    Heintz Coll
    225 Broad St.
    Conneaut, OH 44030

    $4.58

**TOTAL:**     $4.58

2. My Trustee's check for $4.58 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: September 15, 2010

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE